# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLARENCE SMITH**  **PLAINTIFF**
**ADC #601483**

v.  No: 4:22-cv-00207 KGB-PSH

**KRISTIE FLUD,** *et al.*  **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Clarence Smith filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 3, 2022, while incarcerated at the Lonoke County Jail (Doc. No. 2). On June 21, 2023, Smith notified the Court that he had been released from jail and provided a new free-world address (Doc. No. 45). The same day, the Court ordered Smith to submit $288.37 (which is the remainder of the $350.00 filing fee), or to

complete and sign an IFP application reflecting his free-world financial status, and to file it within 30 days (Doc. No. 46).  Smith was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).  *Id.*

More than 30 days have passed, and Smith has not complied or otherwise responded to the June 21 order.  He has not submitted a current IFP application or paid the requiring filing fee.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Smith's complaint (Doc. No. 2) be dismissed without prejudice and that all pending motions be denied as moot.

DATED this 6th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE