THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLARENCE SMITH**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 4:22-cv-00207-KGB**

**KRISTIE FLUD,** *et al.*                                                                                **DEFENDANT**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 47). No objections have been filed, and the deadline to file objections has passed. Judge Harris recommends that plaintiff Clarence Smith's complaint be dismissed for failure to prosecute (*Id.*, at 2). After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Court dismisses without prejudice this case and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 11th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge